## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MENACHEM M. BLUMING | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.:  13 Civ. 0978 (CM) (SN) |
| v. | : | |
| | : | |
| INTELLICELL BIOSCIENCES, INC. | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, **without prejudice** against defendant IntelliCell Biosciences, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Gregg A. Hand (GH2194)
HAND LAW OFFICES LLC
5410 Edson Lane, Suite 315
Rockville, Maryland 20852
Tel: (301) 250-6590
Fax: (301) 476-4525
E-Mail: ghand@handlegal.com


Daniel A. Ball (admitted pro hac vice)
BALL LAW OFFICES, P.C.
5410 Edson Lane, Suite 315
Rockville, Maryland 20852
Tel: (301) 770-3050
Fax: (301) 770-3017
E-Mail: dball@dablaw.com

Michael H. Ference (MF7600)
Christopher P. Milazzo (CM9974)
SICHENZIA ROSS FRIEMAN
FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
Tel:  (212) 930-9700
Fax:  (212) 930-9725
E-mail: mference@srff.com
E-mail: cmilazzo@srff.com

*Counsel for Defendant*
INTELLICELL BIOSCIENCES, INC.

Dated:   May 8, 2013

*Counsel for Plaintiff*
MENACHEM M. BLUMING

Dated:   May 8, 2013